No. — — ——. SCOTT v. THE NEWS HERALD ET AL. Motion to direct the Clerk to file the petition for writ of certiorari out of time denied.

No. A–420 (86–589). KRUPPS ET AL. v. TEXAS. Ct. Crim. App. Tex. Application for stay of enforcement of order of confinement, presented to JUSTICE WHITE, and by him referred to the Court, is granted pending final disposition of the petition for writ of certiorari by this Court.

No. D–561. IN RE DISBARMENT OF STANTON. Disbarment entered. [For earlier order herein, see 478 U. S. 1018.]

No. D–571. IN RE DISBARMENT OF WILLIAMS. Disbarment entered. [For earlier order herein, see 478 U. S. 1038.]

No. D–591. IN RE DISBARMENT OF BURNS. It is ordered that Richard Gordon Burns, of Corte Madera, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–592. IN RE DISBARMENT OF GIOMETTI. It is ordered that Eugene M. Giometti, of Glendale, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–593. IN RE DISBARMENT OF CHRISTNER. It is ordered that Kenneth Dale Christner, of Pedro, Ohio, be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–594. IN RE DISBARMENT OF CERAME. It is ordered that John R. Cerame, of Baltimore, Md., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 85–673. HARTIGAN, ATTORNEY GENERAL OF THE STATE OF ILLINOIS, ET AL. v. ZBARAZ ET AL. C. A. 7th Cir. [Probable jurisdiction postponed, ante, p. 881.] Motion of Legal Defense Fund for Unborn Children for leave to file a brief as amicus cu-